# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

In re:

COMMERCIAL SERVICES GROUP, INC.

Debtor.

Case No. 05-12322-SSM
Chapter 11

## MOTION OF UNITED STATES TRUSTEE
## TO CONVERT CASE TO CHAPTER 7 OR TO DISMISS CASE

  Comes Now, W. Clarkson McDow, Jr., United States Trustee, and moves this court to convert this case to chapter 7 or dismiss this case. In support of this motion the following representations are made.

  1.  This court has authority to hear and decide this case. 28 U.S.C. § 1334.

  2.  This is a core proceeding. 28 U.S.C. § 157.

  3.  The United States Trustee files this motion pursuant to 28 U.S.C. § 586 and 11 U.S.C. §§ 307 and 1112(b).

  4.  On June 17, 2005, the debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code. The Court confirmed the debtor's plan of reorganization by order entered on September 25, 2006. Although the debtor filed a final report and final account on October 19, 2006, the debtor has never submitted a final decree and the case remains open.

  5.  The debtor has failed to pay fees owed to the United States Pursuant to 28 U.S.C. § 1930(a)(6). The failure to pay these fees constitutes "cause" to convert or dismiss this case

Office of United States Trustee
Jack Frankel, Attorney
115 South Union Street
Alexandria, VA 22314
(703) 557-7229

pursuant to 11 U.S.C. § 1112(b)(4)(K).

6.  On February 9, 2010, counsel for the debtor filed a Motion to Withdraw in which he states that "counsel has not been able to obtain a plan of payment to pay administrative claims or any other claims." This is indicative of the debtor's inability to effectuate substantial consummation of a confirmed plan and material default by the debtor with respect to a confirmed plan, further cause for conversion or dismissal of the case. 11 U.S.C. § 1112(b)(4)(M) and (N).

7.  There do not appear to be any unusual circumstances in this case that would result in a finding that either dismissal or conversion of this case is not in the best interest of the creditors of the estate.

8.  Inasmuch as the grounds for this motion are set forth herein, it is requested that the requirement for a separate memorandum of points and authorities be waived.

Wherefore, the United States Trustee respectfully requests that the Court enter an order either converting this case under to a case under Chapter 7 of the Bankruptcy Code or dismissing this case.

March 2, 2010                                W. Clarkson McDow, Jr.
                                             United States Trustee

                                             /s/ Frank J. Bove
                                             Frank J. Bove, Attorney
                                             V.S.B. # 32052
                                             Office of United States Trustee
                                             115 South Union Street
                                             Alexandria, VA 22314
                                             (703) 557-7227

Certificate of Service

_____I hereby certify that on the 2nd day of March, 2010, I mailed a copy of this motion to convert or dismiss, proposed orders, and notice of motion and hearing to the following persons by first class U.S. Mail, postage prepaid:

| | |
|---|---|
| Commercial Services Group, Inc.<br>P.O. Box 566<br>Nokesville, VA 20181 | Richard J. Stahl, Esq.<br>11350 RandoM Hills Road, Suite 700<br>Fairfax, VA 22030 |

                                      /s/ Cara Nebeker
                                      Cara Nebeker
                                      Bankruptcy Analyst

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

In re:

COMMERCIAL SERVICES GROUP, INC.

Debtor.

Case No. 05-12322-SSM
Chapter 11

**NOTICE OF MOTION AND NOTICE OF HEARING**

The Office of the U.S. Trustee has filed papers with the court to <u>Convert this Case to a Chapter 7 or To Dismiss this Chapter 11 Case.</u>

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before <u>April 13, 2010</u>, you or your attorney must:

- File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

- Attend the hearing scheduled to be held on **<u>April 201, 2010</u> @ <u>11:00</u> o'clock a.m.** in Courtroom <u>No. I,</u> United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

- A copy of any written response must be mailed to the following persons:

    - United States Trustee, Region IV
      115 South Union St, Suite 210
      Alexandria, Va 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  March 2, 2010                    /s/ Frank J. Bove
                                              Frank J. Bove, Esq.
                                              V.S.B. # 32052
                                              Trial Attorney
                                              Office of the United States Trustee
                                              115 S. Union St., Suite 210
                                              Alexandria, VA   22314

Certificate of Service

_____I hereby certify that I have this 2nd day of March, 2010, mailed, electronically filed or hand-delivered a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

                                                                    _/s/ Cara Nebeker__
                                                                    Bankruptcy Analyst

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:

COMMERCIAL SERVICES GROUP, INC.        Case No. 05-12322-SSM
                                       Chapter 11
        Debtor.


ORDER OF CONVERSION FROM CHAPTER 11 TO CHAPTER 7

Upon the Motion of the United States Trustee to Dismiss or Convert to a Chapter 7, or to Dismiss this Chapter 11 case, good cause having been shown, it is hereby

ORDERED that:

1. This case is converted to one under Chapter 7 of Title 11 of the United States Code;

2. The debtor(s) in the Chapter 11 case shall file with the Court a final report and account as required by Bankruptcy Rule 1019(5) and Local Rule 1017-1(D) within thirty (30) days of the entry of this order, with copy to be mailed to the United States Trustee;

3. [*If original case filed on or after October 17, 2005*] The debtor(s) pursuant to Interim Procedure 1007-1(A) and Interim Bankruptcy Rule 1007(b)(4), shall file with the Court within fifteen (15) days after the conversion of this case a Chapter 7 Statement of Current Monthly Income and Means Test Calculation, Official Form B22A.

4. The debtor(s) shall file with the Court within fifteen (15) days after the conversion of this case as applicable, either:

   (a) a schedule of unpaid debts incurred after the commencement of
       of the original case, and a list of creditors in the format required
       by the Clerk's Office, or
   (b) a certification that no unpaid debts have been incurred since the
       commencement of this case.

5. If the Chapter 11 plan had been confirmed, the debtor(s), pursuant to Bankruptcy Rule 1019 (5), shall file with the court within forty-five (45) days of the entry of this order as applicable, either:

   (a) a schedule of property not listed in the final report and account
       acquired after filing of the original petition but before entry of the

conversion order and a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the original petition but before entry of the conversion order or
   (b)   a certification that the lists, schedules and statements already filed accurately reflect the debtor's financial affairs as of the date the case was converted;

   5.   The debtor(s) shall file with the Court a Statement of Intention with respect to secured property, if required, within thirty (30) days of the entry of this order or before the first date set for the meeting of creditors in the converted case, whichever is earlier.

   6.   The debtor(s) shall appear and testify, at the date and time set by the Clerk of this Court, at the section 341 meeting of creditors in the converted case.

   It is further ORDERED that the automatic dismissal provisions of the local rules shall not apply to this converted case, and failure of the debtor(s) to abide by terms of this Order may result in the issuance of an Order to Show Cause directed to the debtor(s) and principals of the debtor(s).

   The Clerk shall forward a copy of this order to the debtor(s), the attorney for the debtor(s), the Chapter 11 Trustee, if any, and the United States Trustee.

_____                              _____
DATE                                                  STEPHEN S. MITCHELL
                                                      BANKRUPTCY JUDGE


I ASK FOR THIS:                              Entered on Docket: _____


/s/ Frank J. Bove
Frank J. Bove
Trial Attorney
Office of the U. S. Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314
(703) 557-7227

cc:
Serve Electronically:
United States Trustee : ustpregion04.ax.ecf@usdoj.gov,frank.j.bove@usdoj.gov
Richard J. Stahl;r.stahl@stahlzelloe.com


Serve by Mail:
Commercial Services Group, Inc.
P.O. Box 566
Nokesville, VA 20181

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

In re:

COMMERCIAL SERVICES GROUP, INC.

Debtor.

Case No. 05-12322-SSM
Chapter 11

## ORDER OF DISMISSAL

Upon the Motion of the United States Trustee to Dismiss or Convert this Case to a Chapter 7, or in the Alternative to Dismiss this Chapter 11 Case , and good cause having been shown, it is hereby:

**ORDERED**, that the motion of the United States Trustee is hereby granted and this case is hereby **DISMISSED**.

{*If appropriate*} **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $_____ to the Clerk within ten (10) days of the date of this order; and it is further **ORDERED** that the clerk shall mail copies of this order to the debtor, counsel for the debtor, the United States Trustee and all parties listed on the mailing matrix.

DATE

STEPHEN S. MITCHELL
BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Frank J. Bove
Frank J. Bove
Trial Attorney
V.S.B. #32052
Office of the U. S. Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314

(703) 557-7227

cc:
Serve Electronically:
United States Trustee : ustpregion04.ax.ecf@usdoj.gov,frank.j.bove@usdoj.gov
Richard J. Stahl;r.stahl@stahlzelloe.com


Serve by Mail:
Commercial Services Group, Inc.
P.O. Box 566
Nokesville, VA 20181