UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

**COMMERCIAL SERVICES GROUP, INC.**     Case No.  05-12322-SSM

Debtor                                                                    (Chapter 11)

<u>ORDER OF CONVERSION FROM CHAPTER 11 TO CHAPTER 7</u>

Upon the Motion of the United States Trustee to Dismiss or Convert to a Chapter 7, or in the Alternative to Dismiss this Chapter 11 case, good cause having been shown, it is hereby **ORDERED** that:

1.  This case is converted to one under Chapter 7 of Title 11 of the United States Code;

2.  The debtor(s) in the Chapter 11 case shall file with the Court a final report and account as required by Bankruptcy Rule 1019(5) and Local Rule 1017-1(D) within **thirty (30) days** of the entry of this order, with copy to be mailed to the United States Trustee;

3.  *[If original case filed on or after October 17, 2005]* The debtor(s), pursuant to Interim Procedure 1007-1(A) and Interim Bankruptcy Rule 1007(b)(4), shall file with the Court within **fifteen (15 days)** after the conversion of this case a Chapter 7 Statement of Current Monthly Income and Means Test Calculation, Official Form B22A.

4.  The debtor(s) shall file with the Court within fifteen (15) days after the conversion of this case as applicable, either:

    (a)  a schedule of unpaid debts incurred after the commencement of
        of the original case, and a list of creditors in the format required
          by the Clerk's Office, **or**
    (b)  a certification that no unpaid debts have been incurred since the
        commencement of this case.

5.  If the Chapter 11 plan had been confirmed, the debtor(s), pursuant to Bankruptcy Rule 1019 (5), shall file with the court within **forty-five (45) days** of the entry of this order as applicable, either:

    (a)  a schedule of property not listed in the final report and account
        acquired after filing of the original petition but before entry of the
        conversion order and a schedule of executory contracts and unexpired
        leases entered into or assumed after the filing of the original petition but
        before entry of the conversion order or
    (b)  a certification that the lists, schedules and statements already filed
        accurately reflect the debtor's financial affairs as of the date the case was

converted;

6. The debtor(s) shall file with the Court a Statement of Intention with respect to secured property, if required, within **thirty (30) days** of the entry of this order or before the first date set for the meeting of creditors in the converted case, whichever is earlier.

7. The debtor(s) shall appear and testify, at the date and time set by the Clerk of this Court, at the section 341 meeting of creditors in the converted case.

It is further **ORDERED** that the automatic dismissal provisions of the local rules shall not apply to this converted case, and failure of the debtor(s) to abide by terms of this Order may result in the issuance of an Order to Show Cause directed to the debtor(s) and principals of the debtor(s).

The Clerk shall forward a copy of this order to the debtor(s), the attorney for the debtor(s), the Chapter 11 Trustee, if any, and the United States Trustee.

_____        _____
DATE                                             STEPHEN S. MITCHELL
                                                      BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Frank J. Bove
Frank J. Bove
Trial Attorney
Office of the U. S. Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314
(703) 557-7176

cc:
Serve Electronically:

United States Trustee : ustpregion04.ax.ecf@usdoj.gov,frank.j.bove@usdoj.gov

Richard J. Stahl;r.stahl@stahlzelloe.com

Serve by Mail:

Commercial Services Group, Inc.
P.O. Box 566
Nokesville, VA 20181

All creditors