UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: :
:
COMMERCIAL SERVICES GROUP, INC.:    Case No. 05-12322-SSM
:    Chapter 7
Debtor. :

### NOTICE OF MOTION FOR TURNOVER AND HEARING THEREON

Please take notice that Richard A. Bartl, Trustee has filed with the Court a Motion for Turnover.  A copy of the motion is attached.

**Your rights may be affected.** If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, you or your attorney must:

1. file a written opposition with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H) with the Court, on or before **August 31, 2010** at the address below, and simultaneously mail or deliver it to other parties as indicated.

| File original with: | Send Copies to: | |
|---|---|---|
| Clerk of the Court | United States Trustee | Richard A. Bartl, Esq. |
| U.S. Bankruptcy Court | for Region 4 | Tyler Bartl Ramsdell & Counts, PLC |
| 200 S. Washington Street | 115 S. Union Street, #P210 | 300 N. Washington Street, #202 |
| Alexandria, VA 22314 | Alexandria, VA 22314 | Alexandria, VA 22314 |

**Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the motion, treat the motion as conceded, and issue an order granting it without further notice or hearing.**  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.  To comply with Rule 9013-1(H), your opposition and memorandum must be **received** by the Clerk prior to close of business on the above date.

2. Attend the hearing on the motion scheduled to be held on **September 7, 2010 at 10:00 a.m.** in Courtroom I, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.

 7/26/10                                          /s/ Richard A. Bartl
Date of Mailing                      Richard A. Bartl, Trustee (VSB No. 04518)

TYLER, BARTL, RAMSDELL & COUNTS, PLC  
300 N. Washington Street, #202  
Alexandria, VA 22314  
(703) 549-5000

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion was mailed postage prepaid this 26th day of July, 2010 to the following:

Richard J. Stahl, Esq.  
Stahl Zelloe, PC  
11350 Random Hills Rd., Suite 700  
Fairfax, VA 22030

Office of the U. S. Trustee  
115 S. Union Street, Suite P210  
Alexandria, VA  22314

Thomas Love  
12331 Bristow Rd.  
Bristow, VA 20136

    /s/ Richard A. Bartl  
    Richard A. Bartl