**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **COMMERCIAL SERVICES GROUP, INC.** | ) | Case No. 05-12322-SSM |
| | ) | Chapter 7 |
| Debtor. | ) | |

## ORDER

This matter came on to be heard on the motion of the trustee for turnover of certain assets of the debtor, i.e. 1997 GMC 3500, and it appearing proper, it is

ORDERED that the debtor forthwith turnover to the trustee the 1997 GMC 3500. The debtor states this vehicle is currently stored at Advance Auto Care in Manassas, VA. Trustee will have his sales agent evaluate the value of the vehicle.


_____                           _____
Date                                            Stephen S. Mitchell
                                                U. S. BANKRUPTCY JUDGE

              Entered on the docket: _____


I ASK FOR THIS:


/s/ Richard A. Bartl
Richard Bartl, Trustee  (VSB #04518)
Tyler, Bartl, Ramsdell & Counts, PLC
300 N. Washington Street, Suite 202
Alexandria, VA  22314
(703) 549-5000

COPIES TO:

Richard A. Bartl
Tyler, Bartl, Gorman & Ramsdell, PLC
700 S. Washington Street, Suite 216
Alexandria, VA 22314

Richard J. Stahl, Esq.
Stahl Zelloe, PC
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030

Office of the U. S. Trustee
115 S. Union Street, Suite P210
Alexandria, VA 22314

Thomas Love
12331 Bristow Rd.
Bristow, VA 20136